UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated

        Plaintiff,

against

TY INC.,

        Defendant.

CIVIL ACTION NO.: 19 Civ. 11059 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were ordered to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan by Tuesday, March 24, 2020, seven days before their Initial Conference scheduled for Tuesday, March 31, 2020 at 11:30 am (ECF No. 22), but have failed to comply with the Court's Order. The parties are ORDERED to file their report and proposed case management plan via ECF by **close of business on Friday, March 27, 2020**.

Dated:    New York, New York
           March 26, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**