UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on behalf of himself and all others similarly situated

            Plaintiff,

against

TY INC.,

            Defendant.

CIVIL ACTION NO.: 19 Civ. 11059 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' Stipulation of Voluntary Dismissal (ECF No. 28) and the termination of the case, the Telephone Conference scheduled for today, June 9, 2020, at 12:00 pm is canceled.

Dated:    New York, New York
             June 9, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**